IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION </br></br> Plaintiff </br></br> v. </br></br> WHITE RIVER MEDICAL CORPORATION </br></br> Defendant. | Case No. 3:20-cv-49 DPM |

**JOINT MOTION TO APPROVE AND ENTER CONSENT DECREE**

The Equal Employment Opportunity Commission and White River Medical Corporation (collectively, "the Parties") have reached a settlement in the form of a proposed Consent Decree to resolve this case.[1] The Parties now formally submit to the Court contemporaneously the proposed Consent Decree containing the terms of the settlement. In light of the settlement, the Parties respectfully move this Court to approve and enter the proposed Consent Decree. The Parties are submitting a memorandum in support of the joint motion.

---

[1] As is the Commission's practice in other cases in the Eastern and Western Districts of Arkansas, it emailed the proposed decree to the Court on June 16, 2021, for the Court's approval and entry.

Respectfully submitted,

| FOR THE COMMISSION: | FOR DEFENDANT: |
|---|---|
| **GWENDOLYN Y. REAMS** <br> Acting General Counsel | **CHRISTOPHER HELLER** |
| **FAYE A. WILLIAMS** <br> Regional Attorney | FRIDAY ELDREDGE AND CLARK, LLP <br> 400 West Capital, Suite 2000 <br> Little Rock, AR 72201 <br> (501) 370-1506 <br> heller@fridayfirm.com |
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION <br> 1407 Union Ave. Ste. 901 <br> Memphis, TN 38104 <br> (901) 685-4609 | *Attorney for Defendant* |
| **PAMELA B. DIXON** <br> Trial Attorney | |
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION <br> 801 Louisiana, Ste. 200 <br> Little Rock, AR 72201 <br> (501) 900-6145 <br> pamela.dixon@eeoc.gov | |
| *Attorneys for Plaintiff* | |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document was sent electronically via email to the following:

Christopher J. Heller
Friday Eldredge and Clark LLP
400 West Capitol Avenue, Ste. 2000
Little Rock, AR 72201
Tel..(501) 370-1506
heller@fridayfirm.com

| July 2, 2021 | /s/ Pamela B. Dixon |
|---|---|
| Date | **PAMELA B. DIXON** |